711 A.2d 473

**ERIEVIEW CARTAGE, INC., Appellant,**

v.

**COMMONWEALTH of Pennsylvania, BOARD OF FINANCE AND REVENUE, Appellee.**

Supreme Court of Pennsylvania.

June 25, 1998.

## *ORDER*

PER CURIAM.

AND NOW, this 25th day of June, 1998, the Order of the Commonwealth Court is affirmed. The Petition for Admission Pro Hac Vice is granted.